**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Allianz Life Insurance Company of North America and North American London Underwriters,

Plaintiffs,

v.

Thomas G. Brown,

Defendant.

Court File No. 01-CV-480 PAM/JCL

**STIPULATION FOR EXTENSION OF TIME TO ANSWER AND ORDER**

---

The parties, through their undersigned counsel, agree and stipulate that defendant Thomas G. Brown shall have until April 25, 2001 to serve an Answer or other responsive pleading in the above-captioned matter.

Date: April 3, 2001

KELLY & BERENS, P.A.

[signature]

Timothy D. Kelly, Esq. (#54926)
Jennifer Frisch, Esq. (#257928)
3720 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 349-6171

***Attorneys for Plaintiff Allianz Life Insurance Company of North America and North American London Underwriters***

FILED APR 04 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______

Date: 4/3, 2001

RIDER BENNETT EGAN & ARUNDEL LLP

John J. Wackman (#251884)
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
(612) 340-7944

and

Lawrence S. Greengrass
William Wilson
MOUND, COTTON, WOLLAN & GREENGRASS
One Battery Park Plaza
New York, NY 10004-1486
(212) 804-4200

***Attorneys for Defendant Thomas G. Brown***

**ORDER**

SO ORDERED.

Dated: April 4, 2001

BY THE COURT:

Jonathan Lebedoff
Magistrate Judge of United States District Court