(37921)

# UNITED STATES DISTRICT COURT
## District of Minnesota

## PETITION FOR ADMISSION PRO HAC VICE

RECEIVED
BY MAIL
JUN 26 2001
CLERK US DIST COURT
ST. PAUL, MN

**Case Number:** 01-CV-480 PAM / JGL

**Affidavit of Movant**

I, John J. Wackman, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Lawrence S. Greengrass, an attorney admitted to practice, in the Southern District of New York, but not admitted to the bar of this court, who will be counsel for the defendant in the case listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of the case listed below, and that I accept service of all papers served.

John J. Wackman

Date 6/22/01

Minnesota Attorney License Number: 251884

Law Firm Name & Address: Rider, Bennett, Egan & Arundel, LLP
Suite 2000 - 333 South Seventh Street
Minneapolis, MN 55402

Telephone: (612) 340-7944

**Affidavit of Proposed Admittee**

I, Lawrence S. Greengrass, am currently a member in good standing of the U.S. District Court for the Southern District of New York, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Lawrence S. Greengrass
Type/Print Name

Signature

6/14/01
Date

Attorney License Number: LSG-7199

Law Firm Name & Address: Mound, Cotton, Wollan & Greengrass
One Battery Park Plaza
New York, New York 10004

Telephone: (212)-804-4200

Case Number: 01-CV-480 PAM / JGL Judge Assigned: Paul A. Magnuson/Jonathan G. Lebedoff
Case Title: Allianz Life Insurance Company of North America and North American London Underwriters v. Thomas G. Brown

Motion Granted:
For the Court, Francis E. Dosal, Clerk

JUN 26 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

**Clerk, U.S. District Court**
**Federal Building, Room 708**
**316 North Robert Street**
**St. Paul, Minnesota 55101**

FILED JUN 26 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______