# *UNITED STATES DISTRICT COURT*
# *FOR THE DISTRICT OF MINNESOTA*

Allianz Life Insurance Co., et al.

v.

Thomas G. Brown,

## CIVIL TRIAL NOTICE

**Case Number 01-480 (PAM)**

(x) TAKE NOTICE That a proceeding in this case has been set for the place, date and time set forth below:

Courtroom #1 (7th Floor)
316 North Robert Street
St. Paul, Minnesota 55101

**Before the Honorable Paul A. Magnuson on Monday, August 19, 2002 @ 9:00 A.M., for civil jury selection. Trial will commence on Monday, August 26, 2002 @ 9:00 A.M.**

Submit pretrial materials (**an original and two copies**) pursuant to Rule 39 directly to Judge Magnuson's chambers, Room 730 Federal Building, 316 North Robert St., St. Paul, MN 55101 by 4:30 P.M. on Monday, August 12, 2002. **COUNSEL MUST PREMARK ALL EXHIBITS.** (If previously submitted, disregard)

Dated: July 29, 2002

RICHARD SLETTEN, CLERK

Suzanne M. Ruiz, Calendar Clerk

cc: Timothy Kelly
Jennifer Frisch
John Wackman
Lawrence Greengrass
William Wilson

JUL 2 9 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK