UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Allianz Life Insurance Company
of North America, et al.,

Plaintiffs,

v.

**ORDER**
Civil 01-480 PAM/RLE

Thomas G. Brown,

Defendant.

It is Ordered that the Order of Dismissal filed on January 29, 2003 is Vacated.

The proceedings in the above matter have been stayed pending the disposition of defendant's bankruptcy proceedings in another court.

Accordingly, **IT IS HEREBY ORDERED** that the Clerk of Court administratively terminate the action in his record, without prejudice to the right of the parties to move to reopen the proceedings for good cause shown for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

Dated: February 12, 2003

Paul A. Magnuson, Judge
United States District Court

FILED FEB 12 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________